THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Dwight Cureton,       
Appellant.
 
 
 

Appeal From Greenville County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2003-UP-690
Submitted September 17, 2003  Filed December 2, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia, Robert M. Ariail, 13th Circuit Solicitor's Office, of Greenville, 
 for Respondent.
 
 
 

PER CURIAM: Appellant Dwight Cureton pled 
 guilty to burglary first degree and assault and battery of a high and aggravated 
 nature (ABHAN).  The trial court sentenced him to eighteen years for burglary 
 and ten years for ABHAN with the sentences concurrent and credit for time served.  
 Curetons counsel attached to the final brief a petition to be relieved as counsel 
 stating he had reviewed the record and concluded the appeal lacked merit.  
We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Curetons appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.